IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO. 4:11CR244 |
| | § | Judge Heartfield |
| KATHY L. MOORE | § | |

## **ORDER**

BEFORE THE COURT is the United States' Motion to Extend the Defendant's Reporting Date to the Bureau of Prisons. Having considered that motion, the Court finds it has merit and should be GRANTED.

**SIGNED** this the 9 day of **April, 2014.**

_____
Thad Heartfield
United States District Judge